**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Marcus Rodney Anthony PRYCE, Defendant—Appellant.**

No. 02–10482.

D.C. No. CR–00–00423–JCM.

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2003.*

Decided April 18, 2003.

Before RYMER, KLEINFELD, and FISHER, Circuit Judges.

## MEMORANDUM**

Marcus Rodney Anthony Pryce appeals the 46–month sentence imposed following his guilty plea conviction for one count of illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a) & (b). We dismiss.

Pryce contends the district court erred by denying his request for a downward departure based on cultural assimilation, U.S.S.G. § 5K2.0, and extraordinary physi-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

cal impairment, U.S.S.G. § 5H1.4. We lack jurisdiction to review a district court's discretionary refusal to downwardly depart. *See United States v. Garcia–Garcia,* 927 F.2d 489, 490 (9th Cir.1991).

**DISMISSED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Garrett's request for oral argument is denied.

\*\* This disposition is not appropriate for publication and may not be cited to or by the